UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LYNN O'HINES,  <br>    Plaintiff,  <br>  vs.  <br>MT. VIEW, CA., et al,  <br>    Defendants.  _____/ | No. C 09-3765 PJH (PR)  <br><br>**ORDER OF DISMISSAL** |

This pro se civil rights action was filed on August 17, 2009. On that same day the court notified plaintiff that his application for leave to proceed in forma pauperis ("IFP") was deficient because he did not use the correct form and did not submit a "Certificate of Funds in Inmate Account," page five of the court's form. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Plaintiff was informed that if he did not either pay the fee or remedy the deficiencies of his IFP application within thirty days the case would be dismissed.

No response has been received. This case therefore is **DISMISSED** without prejudice. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: October 19, 2009.

_____
PHYLLIS J. HAMILTON
United States District Judge

P:\PRO-SE\PJH\CR.09\O'HINES3765.DSM-IFP.wpd